**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1192

DANIEL HART,

              Plaintiff – Appellant,

       v.

WILLIAM C. WOOD, President North Springs Property Owners
Association,

              Defendant – Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Matthew J. Perry, Jr., Senior
District Judge. (3:09-cv-00366-MJP)

Submitted: August 6, 2010          Decided: August 19, 2010

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel Hart, Appellant Pro Se.   Alfred Johnston Cox, ELLIS,
LAWHORNE & SIMS, PA, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Hart appeals the district court's order accepting the magistrate judge's recommendation and dismissing Hart's complaint filed under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2006). We have reviewed the record and find no reversible error.[*] Accordingly, we affirm for the reasons stated by the district court. Hart v. Wood, No. 3:09-cv-00366-MJP (D.S.C. Jan. 20, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Hart did not object to the magistrate judge's conclusion that Hart failed to state a claim under 42 U.S.C. §§ 1981 or 1983 (2006). Therefore, the district court did not engage in de novo review of that recommendation, and the issue is not preserved for appeal. See 28 U.S.C.A. § 636(b) (West 2000 & Supp. 2010); United States v. Midgette, 478 F.3d 616, 621-22 (4th Cir. 2007). Further, Hart has forfeited appellate review of this issue by failing to address it in his informal brief to this court. See 4th Cir. R. 34(b).